UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF 3L LEASING, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2539-SRD-SS** |
| **RUSSEL GRILLOT, GRILLOT CONSTRUCTION, LLC, AND U.S. SPECIALTY INSURANCE COMPANY** | |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the parties to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that: (1) the motion of 3L Leasing, LLC to assess attorneys' fees (Rec. doc. 70) is granted in part and denied in part; and (2) 3L Leasing, LLC is awarded attorneys' fees of $60,089.00 from Grillot Construction, LLC, and U.S. Specialty Insurance Company.

New Orleans, Louisiana, this 5th day of January, 2016.

_____
United States District Judge